August 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

MORRELL MASONRY SUPPLY, INC., Appellant

NO. 14-12-00771-CV                          V.

SHEPHERD LOFT II, L.P., Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on June 30, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Morrell Masonry Supply, Inc.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.